**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.O. *et al.*, | Civil Action No. 20-4803 (SDW) (LDW) |
| Plaintiffs, | |
| v. | **ORDER** |
| TEANECK BOARD OF EDUCATION, *et al.*, | |
| Defendants. | August 7, 2020 |

**WIGENTON,** District Judge.

This matter, having come before this Court on Defendant Teaneck Board of Education's ("Defendant") Motion to Dismiss Plaintiffs E.O. and D.O.'s Complaint filed on behalf of their daughter, E.O., for lack of subject matter jurisdiction and failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated August 7, 2020,

**IT IS** on this 7th day of August, 2020

**ORDERED** that Defendant's Motion to Dismiss is **DENIED**.

/s/ Susan D. Wigenton  
**SUSAN D. WIGENTON, U.S.D.J.**

| | |
|---|---|
| Orig: | Clerk |
| cc: | Leda D. Wettre, U.S.M.J. |
| | Parties |