**SCARINCI | HOLLENBECK**
— ATTORNEYS AT LAW —

New Jersey | New York | Washington, D.C.

NATHANYA G. SIMON |Partner
nsimon@sh-law.com
Phone: 201-896-7223| Fax: 201-896-7224

June 24, 2021

**VIA CM/ECF ONLY**
Honorable Leda D. Wettre, U.S.M.J.
Martin Luther King Building and US Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re: E.O. et al. v. Teaneck Board of Education et al.**
      **Dkt. No.: 2:20-cv-04803-SDW-LDW**

Dear Judge Wettre,

    As Your Honor is aware the undersigned represents the Teaneck Board of Education in the above matter. This case is in the process of being settled and withdrawn. Therefore, with the consent of the three other attorneys involved in this matter we are making a joint request that the telephone conference which is scheduled for Tuesday, June 29, 2021 at 9:30 a.m. be adjourned one month to allow the Parties to obtain approval and signatures on the settlement documents and the Final Decision by the Administrative Law Judge.

    If Your Honor requires anything further, please contact me.

    Thank you very much for the courtesies extended to the parties and attorneys in this matter.

                               Respectfully Submitted,

                               */s/ Nathanya Simon*
                               NATHANYA SIMON
                               For the Firm

NGS/ad
Cc:    Michael Inzelbuch, Esq. (via email)
        Rita Barone, Esq. (via email)
        Thomas Johnston, Esq. (via email)
        Erica Cerilli-Levine, Director of Special Services (via email)
        Maura Tuite, Supervisor (via email)