# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.O. and D.O., *on behalf of E.O.*, <br><br> Plaintiffs, <br><br> v. <br><br> TEANECK BOARD OF EDUCATION and THE TEANECK COMMUNITY CHARTER SCHOOL, <br><br> Defendants. | Civil Action No. <br><br> 20-4803 (SDW) (LDW) <br><br> **60-DAY ORDER ADMINISTRATIVELY TERMINATING ACTION** |

The parties having informed the Court that they have reached a settlement in principle (ECF No. 26), and subsequently counsel having advised the Court that all parties have executed the settlement agreement, and all parties consenting to entry of this Order;

**IT IS, on this 10th day of August 2021,**

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

                                                  *s/ Leda Dunn Wettre*
                                                  Hon. Leda Dunn Wettre
                                                  United States Magistrate Judge